

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2020

No. 04-20-00576-CV

**IN RE** Lucas Jeffrey **BURWITZ**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-EM5-02653
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

We order relator, Lucas Jeffrey Burwitz, to file a letter brief addressing the issue of his standing to complain of a violation of section 107.007 of the Family Code.

Respondent, the real party in interest, and the amicus attorney may file a response to the petition for a writ of mandamus.

We further order the letter brief and any responses must be e-filed with this court by 1:00 p.m. on Thursday, December 10, 2020.

It is so **ORDERED** on December 9, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court